# In the United States Court of Federal Claims

(Filed: April 3, 2006)

| | | |
|---|---|---|
| UNGS, *et al.*,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | | No. 04-1764T |
| UNGS, *et al.*,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | | No. 06-137T |

ORDER

On March 28, 2006, the Court held a joint conference call with counsel for the parties to discuss the status of the above-captioned cases. Counsel agreed that the two cases are sufficiently similar to warrant their consolidation pursuant to Rule 42 of this Court's rules.

Accordingly:

1. Ungs *et al*. v. United States, No. 04-1764T and Ungs *et al*. v. United States, No. 06-137T shall be consolidated. Unless the Court directs otherwise, all references to these cases henceforth shall be to Ungs *et al.* v. United States, 04-1764T;

2. The Scheduling Order issued January 1, 2006 in Ungs *et al*., No. 04-1764T shall be in effect with respect to the consolidated case, except that:

    a. Defendant shall file its Answer with respect to Ungs *et al*., No. 06-137T on or before April 24, 2006; and

    b. Thereafter, and beginning on May 1, 2006, the parties shall file a single Joint Status Report for the consolidated cases in accordance with the schedule established in the January 1, 2006 Scheduling Order.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge